# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORI IRISH,<br><br>    *Plaintiff*,<br><br>vs.<br><br>UNITED STATES MARSHAL SERVICE, *et al.*<br><br>    *Defendants*. | 2:11-cv-01465-KJD-GWF<br><br>ORDER |

    On plaintiff's application (#1) to proceed *in forma pauperis*, the application is incomplete because plaintiff but did not attach a fully executed financial certificate and her inmate account statement. Both a fully executed financial certificate and an inmate account statement for the six months preceding the application are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED without prejudice. This action will be dismissed without further advance notice unless plaintiff either pays the $350.00 filing fee or submits a new and properly completed application within thirty (30) days of entry of this order. The Clerk shall send plaintiff two copies of a blank application form to proceed *in forma pauperis* for incarcerated persons, together with the instructions for same.

    DATED: February 6, 2012

_____
KENT J. DAWSON
United States District Judge